THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LI LIU,

        Plaintiff,

   v.

KEEGAN KELL,

        Defendant.

CASE NO. C17-0640-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's demand for a jury trial (Dkt. No. 17). The Court hereby changes the current Court Trial, set for April 23, 2018 at 9:30 a.m. to a Jury Trial on the same date. The Court also enters the following pretrial schedule:

| | |
|---|---|
| Pleading amendment/third party action deadline | October 20, 2017 |
| ADR deadline | February 23, 2018 |
| Discovery cutoff | 120 days before trial |
| Dispositive motions deadline | 90 days before trial |
| Proposed pretrial order due | April 10, 2018 |

MINUTE ORDER C17-0640-JCC
PAGE - 1

| Trial briefs, motions in limine, proposed jury instructions, and proposed voir dire due | April 13, 2018 |
|---|---|
| Responses to pretrial filings due | April 17, 2018 |
| Trial date | April 23, 2018 |

DATED this 23rd day of August 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk