UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LI LIU,<br><br>　　　　Plaintiff,<br>　　v.<br>KEEGAN KELL,<br><br>　　　　Defendant. | CASE NO. C17-0640-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Currently pending is Plaintiff's motion for summary judgment (Dkt. No. 19), which noted Friday, September 22, 2017. Defendant's cross motion for summary judgment (Dkt. No. 22) notes Friday, October 13, 2017. For the ease of resolving these motions together, the Court hereby RENOTES Plaintiff's motion (Dkt. No. 19) for Friday, October 13, 2017.

DATED this 4th day of October 2017.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　　Deputy Clerk