THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LI LIU, | CASE NO. C17-0640-JCC |
| Plaintiff, | ORDER |
| v. | |
| KEEGAN KELL, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to seal (Dkt. No. 46) certain exhibits (Dkt. Nos. 47–52) included with Defendant's motion to dismiss and motion for sanctions (Dkt. No. 44). Defendant filed these documents under seal because they contain Plaintiff's bank records and other personal financial information. (*See* Dkt. Nos. 47–52.)

The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g)(3); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). However, documents filed in support of a dispositive motion should remain under seal when a party can "articulate[] compelling reasons supported by specific factual findings" that outweigh the public's interest in access. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The Court finds that Plaintiff's need to keep her personal financial records confidential is a compelling reason that outweighs the public's interest in access to the records.

1         For the foregoing reasons, Plaintiff's unopposed motion to seal (Dkt. No. 46) is
GRANTED. The documents filed under seal (Dkt. Nos. 47–52) will remain sealed.

        DATED this 7th day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE