THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LI LIU, | CASE NO. C17-0640-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KEEGAN KELL, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A jury trial in this matter is scheduled to begin April 23, 2018. The Court hereby modifies the following deadlines provided in its prior order (Dkt. No. 18):

1. Motions in limine must be filed on or before Friday, March 23, 2018.
2. Objections or responses to the motions in limine must be filed on or before Friday, March 30, 2018.

DATED this 1st day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C17-0640-JCC
PAGE - 1